**General Docket**
**United States Court of Appeals for the Fourth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 24–1462 | **Docketed:** 05/21/2024 |
| Intl. Assoc. of Machinists and Aerospace Workers v. EPA | **Termed:** 06/06/2024 |
| **Appeal From:** Environmental Protection Agency | |
| **Fee Status:** fee paid | |

**Case Type Information:**
  **1)** Agency Review
  **2)** Petition for Review
  **3)** null

**Originating Court Information:**
  **District:** EPA–1 : EPA–HQ–OPPT–2023–0496
  **Date Decided:**         **Date Rec'd COA:**
  05/03/2024               05/21/2024

**Prior Cases:**
  None

**Current Cases:**
  None

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO<br>    Petitioner | Victoria Louise Bor<br>Direct: 301-785-3204<br>Email: victoriabor87@gmail.com<br>[COR NTC Retained]<br>OSH LAW PROJECT, LLC<br>P. O. Box 3769<br>Washington, DC 20027<br><br>Randy Sue Rabinowitz<br>Direct: 202-256-4080<br>Email: randy@rsrabinowitz.net<br>[NTC Retained]<br>OSH LAW PROJECT, LLC<br>P. O. Box 3769<br>Washington, DC 20027 |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY<br>    Respondent | Daniel Richard Dertke<br>Direct: 202-514-0994<br>Email: daniel.dertke@usdoj.gov<br>[COR NTC Government]<br>U. S. DEPARTMENT OF JUSTICE<br>Environmental & Natural Resources Division<br>Suite 8000<br>P. O. Box 7611<br>Washington, DC 20044-7611<br><br>Jeffrey M. Prieto<br>[NTC Government]<br>ENVIRONMENTAL PROTECTION AGENCY<br>Office of General Counsel<br>Ariel Rios Building North<br>1200 Pennsylvania Avenue, NW<br>Washington, DC 20460-0000 |

| |
|---|
| INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL–CIO <br><br>      Petitioner <br><br>v. <br><br>ENVIRONMENTAL PROTECTION AGENCY <br><br>      Respondent |

24–1462 Intl. Assoc. of Machinists and Aerospace Workers v. EPA

| Date | # | Description |
|---|---|---|
| 05/21/2024 | 1 | Case docketed. Originating case number: EPA–HQ–OPPT–2023–0496. Case manager: CHalupa. [1001572088] [24–1462] CH [Entered: 05/21/2024 01:23 PM] |
| 05/21/2024 | 2 | Electronic filing fee paid. Filing Fee: $600.00. Receipt Number: A04–75415–539. [1001572101] [24–1462] CH [Entered: 05/21/2024 01:33 PM] |
| 05/21/2024 | 3 | Petition for review of agency order filed by International Association of Machinists and Aerospace Workers, AFL–CIO. [1001572114] [24–1462] CH [Entered: 05/21/2024 01:37 PM] |
| 05/21/2024 | 4 | DOCKETING NOTICE issued Re: [3] petition for review. Originating case number: EPA–HQ–OPPT–2023–0496. Mailed to: Jeffrey M. Prieto. [1001572117] [24–1462] CH [Entered: 05/21/2024 01:38 PM] |
| 05/21/2024 | 5 | NOTICE ISSUED serving respondent and requesting record. Date petition for review or application filed: May 21, 2024. [3] petition for review. Mailed to: Jeffrey M. Prieto, Environmental Protection Agency, Office of General Counsel, Ariel Rios Building North, 1200 Pennsylvania Avenue, NW, Washington, DC 20460. [1001572122] Administrative Record due 07/01/2024. [24–1462] CH [Entered: 05/21/2024 01:42 PM] |
| 06/04/2024 | 6 | APPEARANCE OF COUNSEL by Daniel R. Dertke for EPA. [1001579373] [24–1462] Daniel Dertke [Entered: 06/04/2024 01:46 PM] |
| 06/04/2024 | 7 | APPEARANCE OF COUNSEL by Victoria L Bor for International Association of Machinists and Aerospace Workers, AFL–CIO. [1001579447] [24–1462] Victoria Bor [Entered: 06/04/2024 02:44 PM] |
| 06/04/2024 | 8 | DOCKETING STATEMENT by International Association of Machinists and Aerospace Workers, AFL–CIO.. [1001579450] [24–1462] Victoria Bor [Entered: 06/04/2024 02:45 PM] |
| 06/04/2024 | 9 | DISCLOSURE STATEMENT by International Association of Machinists and Aerospace Workers, AFL–CIO. Was any question on Disclosure Form answered yes? No [1001579451] [24–1462] Victoria Bor [Entered: 06/04/2024 02:46 PM] |
| 06/06/2024 | 10 | ORDER filed transferring case. Copies to all parties. Mailed to: Jeffrey Prieto. [1001580818] [24–1462] DL [Entered: 06/06/2024 12:15 PM] |
| 06/06/2024 | 11 | Materials transferred to DC Circuit. Public docket sheet with hyperlinks. [1001580848] [24–1462] DL [Entered: 06/06/2024 12:38 PM] |
| 06/06/2024 | 12 | DOCUMENT – re: copy of Notice to the U.S. Judicial Panel on Multidistrict Litigation of Multicircuit Petitions for Review by EPA. [1001582921] [24–1462] CH [Entered: 06/11/2024 10:47 AM] |